Michael W. Melendez (SBN 125895)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel:      415.644.0914
Fax:      415.644.0978
Email:    mmelendez@cozen.com

Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

Louis A. Basile (SBN 047432)
PORTER SIMON, PROFESSIONAL CORPORATION
P.O. Box 5339
210 Grove Street
Tahoe City, CA 96145
Tel:      530-583-7268
Fax:      530-583-7209
Email:    basile@portersimon.com

Douglas R. Alliston (SBN 137767)
MURPHY CAMPBELL ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Tel:      916-400-2300
Fax:      916-400-2311
Email:    dalliston@murphycampbell.com

Attorneys for Plaintiff
CROSS CHECK SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSS CHECK SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>Defendant. | Case No.: 2:15-cv-02113-MCE-EFB<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AND CONTINUE HEARING ON DISPOSITIVE MOTION**<br><br>Judge: Hon. Morrison C. England, Jr. |

**STIPULATION**

WHEREAS, plaintiff Cross Check Services, Inc. and defendant Old Republic Insurance Company wish to explore whether they might be able to amicably resolve their differences in the above-captioned action through alternative dispute resolution;

WHEREAS, a trial date has yet to be set in the above-captioned action;

WHEREAS, the parties desire that all currently-set pretrial deadlines and that the hearing and briefing schedule for Old Republic's pending motion for partial summary judgment be continued to allow the parties the opportunity to explore alternative dispute resolution without incurring unnecessary fees and costs;

WHEREAS, no previous modification to the Pretrial Scheduling Order [Dkt. 9] has been sought by any party;

WHEREFORE, the parties respectfully request that the Court modify its Pretrial Scheduling Order [Dkt. 9] and continue the hearing and briefing schedule for Old Republic's pending motion for summary judgment as follows:

1. That the parties will engage in alternative dispute resolution proceedings on or before February 15, 2017.
2. That the discovery completion date, with the exception of expert discovery, be continued from November 14, 2016 to April 21, 2017.
3. That the expert disclosure date be continued from January 13, 2017 to March 31, 2017.
4. That the hearing date on Old Republic's motion for partial summary judgment [Dkt. 11] be continued from December 1, 2016 to May 18, 2017, and that the filing deadlines set forth in the Pretrial Scheduling Order [Dkt. 9] be calculated from the new hearing date.
5. That the last date to hear dispositive motions be continued from May 18, 2017 to July 27, 2017.

///

///

It is so STIPULATED.

Dated: October ___, 2016        PORTER SIMON

By: _____
   Louis A. Basile
   Attorneys for Plaintiff
   CROSS CHECK SERVICES, INC.

Dated: October ___, 2016        MURPHY CAMPBELL ALLISTON & QUINN

By: _____
   Douglas R. Alliston
   Attorneys for Plaintiff
   CROSS CHECK SERVICES, INC.

Dated: October ___, 2016        COZEN O'CONNOR

By: _____
   Michael W. Melendez
   Attorneys for Defendant
   OLD REPUBLIC INSURANCE COMPANY

## **ORDER**

Based on the parties' stipulation and good cause having been shown, in order to allow the parties to explore alternative dispute resolution, it is hereby ORDERED that the Court's Pretrial Scheduling Order [Dkt. 9] is modified as follows:

1. That the parties will engage in alternative dispute resolution proceedings on or before February 15, 2017. The parties are directed to file a Joint Status Report updating the Court as to the status and/or outcome of those proceedings on or before March 1, 2017.

2. That the discovery completion date, with the exception of expert discovery, be continued from November 14, 2016 to April 21, 2017.

3. That the expert disclosure date be continued from January 13, 2017 to March 31, 2017.

4. That the hearing date on Nationwide's motion for partial summary judgment [Dkt. 11] be continued from December 1, 2016 to May 18, 2017, and that the filing deadlines set forth in the Pretrial Scheduling Order [Dkt. 9] be calculated from the new hearing date.

5. That the last date to hear dispositive motions be continued from May 18, 2017 to July 27, 2017.

IT IS SO ORDERED.

Dated: October 21, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE