Michael W. Melendez (SBN 125895)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: 415.644.0914
Fax: 415.644.0978
Email: mmelendez@cozen.com

Attorney for Defendant
OLD REPUBLIC INSURANCE COMPANY

Louis A. Basile (SBN 047432)
PORTER SIMON, PROFESSIONAL CORPORATION
P.O. Box 5339
210 Grove Street
Tahoe City, CA 96145
Tel: 530-583-7268
Fax: 530-583-7209
Email: basile@portersimon.com

Douglas R. Alliston (SBN 137767)
MURPHY CAMPBELL ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Tel: 916-400-2300
Fax: 916-400-2311
Email: dalliston@murphycampbell.com

Attorneys for Plaintiff
CROSS CHECK SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSS CHECK SERVICES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation,<br><br>    Defendant. | Case No.: 2:15-cv-02113-MCE-EFB<br><br>**JOINT NOTICE OF TRIAL READINESS, AND STIPULATION AND ORDER FOR PROCEEDING TO TRIAL** |

Pursuant to this Court's March 7, 2016 [Dkt. 9] and October 24, 2016 [Dkt. 13] Orders, plaintiff Cross Check Services LLC and defendant Old Republic Insurance Company submit this Joint Notice of Trial Readiness and Stipulation and [Proposed] Order for Proceeding to Trial.

This is an insurance coverage dispute. The parties seek to try this case as efficiently and cost-effectively as possible. The parties therefore STIPULATE to the following procedure:

1. On or before October 27, 2017, Old Republic will provide its proposed stipulated facts and exhibits to Cross Check.

2. On or before November 10, 2017, Cross Check will provide its proposed stipulated facts and exhibits to Old Republic.

3. On or before November 17, 2017, the parties shall meet and confer regarding any issues relating to the facts and exhibits they exchanged.

4. If any "disputed" facts remain after the meet and confer process, the parties shall be allowed until December 15, 2017 to take depositions regarding any remaining "disputed" facts.

5. On or before January 15, 2018, the parties shall prepare a joint statement of stipulated facts for use at trial according to the procedure set forth herein. The parties agree that all such stipulated facts will be admissible evidence.

6. On or before January 15, 2018, the parties shall prepare a joint list of exhibits for use at trial according to the procedure set forth herein. The parties agree that all such exhibits will be admissible evidence.

7. Each party reserves its right to argue that the Court, in determining any ultimate fact and rendering its decision in the trial of this matter, should not consider any fact or document relied upon by the other party.

8. On or before February 15, 2018, the parties will file their joint exhibit list and joint statement of undisputed facts, and each party will file and serve by email its opening brief.

9. On or before March 1, 2018, each party will file and serve by email its responding brief.

10. The Court will set a time for closing arguments at the convenience of the Court's calendar.

Dated: September ___, 2017  PORTER SIMON

By: _____
Louis A. Basile
Attorneys for Plaintiff
CROSS CHECK SERVICES, INC.

Dated: September ___, 2017  MURPHY CAMPBELL ALLISTON & QUINN

By: _____
Douglas R. Alliston
Attorneys for Plaintiff
CROSS CHECK SERVICES, INC.

Dated: September ____, 2017  COZEN O'CONNOR

By: _____
Michael W. Melendez
Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

## ORDER

It is hereby ORDERED that the trial of the above-captioned matter will be submitted to the Court pursuant to the following procedure:

1. On or before October 27, 2017, Old Republic will provide its proposed stipulated facts and exhibits to Cross Check.
2. On or before November 10, 2017, Cross Check will provide its proposed stipulated facts and exhibits to Old Republic.
3. On or before November 17, 2017, the parties shall meet and confer regarding any issues relating to the facts and exhibits they exchanged.

4. If any "disputed" facts remain after the meet and confer process, the parties shall be allowed until December 15, 2017 to take depositions regarding any remaining "disputed" facts.

5. On or before January 15, 2018, the parties shall prepare a joint statement of stipulated facts for use at trial according to the procedure set forth herein. The parties agree that all such stipulated facts will be admissible evidence.

6. On or before January 15, 2018, the parties shall prepare a joint list of exhibits for use at trial according to the procedure set forth herein. The parties agree that all such exhibits will be admissible evidence.

7. Each party reserves its right to argue that the Court, in determining any ultimate fact and rendering its decision in the trial of this matter, should not consider any fact or document relied upon by the other party.

8. On or before February 15, 2018, the parties will file their joint exhibit list and joint statement of undisputed facts, and each party will file and serve by email its opening brief.

9. On or before March 1, 2018, each party will file and serve by email its responding brief.

**10. On or before March 1, 2018, each party shall file a separate "Request for Closing Argument" or, alternatively, a statement indicating its position that oral argument is not necessary.**

**11. The Court will take the matter under submission, and will set a date for closing arguments if the court determines that oral arguments are necessary.**

It is so ORDERED.

Dated: September 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE