Michael W. Melendez (SBN 125895)
COZEN O'CONNOR
101 Montgomery Street, Suite 1400
San Francisco, CA 94104
Tel: 415.644.0914
Fax: 415.644.0978
Email: mmelendez@cozen.com

Attorney for Defendant
OLD REPUBLIC INSURANCE COMPANY

Louis A. Basile (SBN 047432)
PORTER SIMON, PROFESSIONAL CORPORATION
P.O. Box 5339
210 Grove Street
Tahoe City, CA 96145
Tel: 530-583-7268
Fax: 530-583-7209
Email: basile@portersimon.com

Douglas R. Alliston (SBN 137767)
MURPHY CAMPBELL ALLISTON & QUINN
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826
Tel: 916-400-2300
Fax: 916-400-2311
Email: dalliston@murphycampbell.com

Attorneys for Plaintiff
CROSS CHECK SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSS CHECK SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> OLD REPUBLIC INSURANCE COMPANY, a Pennsylvania Corporation, <br><br> Defendant. | Case No.: 2:15-cv-02113-MCE-EFB <br><br> **AMENDED JOINT NOTICE OF TRIAL READINESS, AND STIPULATION AND ORDER FOR PROCEEDING TO TRIAL** |

Pursuant to this Court's March 7, 2016 [Dkt. 9] and October 24, 2016 [Dkt. 13] Orders, plaintiff Cross Check Services LLC and defendant Old Republic Insurance Company previously submitted a Joint Notice of Trial Readiness and Stipulation and [Proposed] Order for Proceeding to Trial, so that this insurance coverage dispute could be submitted for a bench trial on stipulated facts and agreed-upon exhibits. The Court signed the Order for Proceeding to Trial, which is attached hereto as Exhibit A.

Pursuant to the parties' agreed-upon procedure, if any "disputed" facts remained after the meet and confer process, the parties agreed to take depositions regarding any remaining "disputed" facts. The parties resolved most of their disputes regarding the stipulated facts, but had to take the deposition of one witness. Due to holiday schedules and the schedule of the witness, the parties only recently completed that deposition. The parties should now be able to complete their task of finalizing the stipulated facts and submitting their briefs to the Court, but respectfully request a brief continuance to do so, given the time required to depose the necessary witness. The parties therefore STIPULATE to the following:

1. On or before February 28, 2018, the parties will file their joint exhibit list and joint statement of undisputed facts.
2. On or before March 15, 2018, and each party will file and serve by email its opening brief.
3. On or before March 30, 2018, each party will file and serve by email its responding brief.
4. On or before March 30, 2018, each party shall file a separate "Request for Closing Argument" or, alternatively, a statement indicating its position that closing argument is not necessary.
5. The Court will take the matter under submission, and will set a date for closing arguments if the Court determines that oral arguments are necessary.

///
///
///

It is so STIPULATED.

Dated: February ___, 2018        PORTER SIMON

By: _____
Louis A. Basile
Attorneys for Plaintiff
CROSS CHECK SERVICES, INC.

Dated: February ___, 2018        MURPHY CAMPBELL ALLISTON & QUINN

By: _____
Douglas R. Alliston
Attorneys for Plaintiff
CROSS CHECK SERVICES, INC.

Dated: February ___, 2018        COZEN O'CONNOR

By: _____
Michael W. Melendez
Attorneys for Defendant
OLD REPUBLIC INSURANCE COMPANY

ORDER

It is hereby ORDERED that the trial of the above-captioned matter will be submitted to the Court pursuant to the following procedure:

1. On or before February 28, 2018, the parties will file their joint exhibit list and joint statement of undisputed facts.

2. On or before March 15, 2018, and each party will file and serve by email its opening brief.

3. On or before March 30, 2018, each party will file and serve by email its responding brief.

4. On or before March 30, 2018, each party shall file a separate "Request for Closing Argument" or, alternatively, a statement indicating its position that closing argument is not necessary.

5. The Court will take the matter under submission, and will set a date for closing arguments if the Court determines that oral arguments are necessary.

IT IS SO ORDERED.

Dated: February 15, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE